People v Joucoo

2026 NY Slip Op 02044

April 2, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Jesse Joucoo, Defendant-Appellant.

Decided and Entered: April 02, 2026

Ind No. 2330/18|Appeal No. 6264|Case No. 2024-02558|

Before: Manzanet-Daniels, J.P., Mendez, Pitt-Burke, Higgitt, Hagler, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Carola M. Beeney of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Julia Gorski of counsel), for respondent.

[*1]

Order, Supreme Court, New York County (Abraham L. Clott, J.), entered February 23, 2024, which denied defendant's CPL 440.10 motion to vacate a judgment of conviction, same court and Justice, rendered March 28, 2019, unanimously affirmed.

Defendant's claim that his plea counsel rendered ineffective assistance by failing to negotiate a plea with more favorable immigration consequences is unsupported by the record. The claim that an immigration-favorable plea could have been reached had counsel asked is speculative (see People v Young, 150 AD3d 429 [1st Dept 2017], lv denied 29 NY3d 1136 [2017]), and the evidence submitted on the motion and testimony at the hearing failed to establish any reasonable probability that the People would have
made such an offer (see Lafler v Cooper, 566 US 156, 163-164 [2012]; Young, 150 AD3d 429).

THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 2, 2026